**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1073**

AZHAR ELAHI,

                Petitioner,

      v.

WILLIAM P. BARR, Attorney General,

                Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  May 20, 2019                       Decided:  May 30, 2019

Before GREGORY, Chief Judge, KING, Circuit Judge, and DUNCAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Azhar Elahi, Petitioner Pro Se.  Judith Roberta O'Sullivan, Jane Tracey Schaffner, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Azhar Elahi, a native and citizen of Pakistan, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's denial of his request withholding of removal.[*] We have thoroughly reviewed the record, including the transcript of Elahi's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Elahi* (B.I.A. Dec. 20, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] Elahi does not challenge the denial of relief under the Convention Against Torture. While he does assert that he qualified for asylum, he declined to pursue asylum in immigration court and failed to exhaust the asylum issue before the Board. Accordingly, the issue of asylum is barred from judicial review for failure to exhaust administrative remedies. *See* 8 U.S.C. § 1252(d)(1) (2012); *Massis v. Mukasey*, 549 F.3d 631, 638-40 (4th Cir. 2008).

2